JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 864 -- In re Donald J. Trump Casino Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/09/11 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- filed by Sidney L. Kaufman for transfer of actions w/cert. of svc. -- SUGGESTED TRANSFEREE DISTRICT: D. NEW JERSEY (ds) |
| 90/09/24 | | APPEARANCES: HOWARD A. SPECTER, ESQ. for Sidney L. Kaufman, etc.; GENE MESH, ESQ. for Jerome Schwartz, etc.; EDWARD LABATON, ESQ. for Peter Stuyvesant, Ltd., etc.; STUART D. WECHSLER, ESQ. for Susan Cagan, et al.; STUART J. BASKIN, ESQ. FOR Merrill Lynch, Pierce, Fenner & Smith, Inc.; RICHARD L. POSEN, ESQ. for Donal J. Trump, Robert S. Trump, John O'Donnell, Nathan Katz, Tim Maland, Francisco Tejeda, Julian Menarguez, Harvey I. Freeman, Paul Henderson, C. Patrick McKoy, Edward M. Tracy, Michael S. Vautrin, Jeffrey A. Ross, John P. Belisle, Timothy G. Rose; JOHN J. BARRY, ESQ. for Trump's Castle Funding, Inc., Trump's Castle Associates Limited Partnership, et al. (cdm) |
| 90/09/28 | 2 | RESPONSE (to pldg. 1) -- Jerome Schwartz Plaintiffs -- w/Memorandum and cert. of service (sg) |
| 90/10/01 | 3 | RESPONSE -- (to pldg. #1) Susan Cagan, et al. -- w/cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 4 | RESPONSE/BRIEF -- (to pldg. #1) Trump's Castle Funding, Inc.; Trump's Castle Associates Limited Partnership; Trump TAJ Mahal Funding, Inc.; Trump TAJ Mahal Associates Limited Partnership; Trump Plaza Funding, Inc.; Trump Plaza Associates; The Trump Organization, Inc. and Trump TAJ Mahal, Inc. -- w/cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 5 | RESPONSE/BRIEF -- (to pldg. #1) Merrill Lynch, Pierce, Fenner & Smith, Inc. -- w/Exhibit A and cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 6 | RESPONSE/MEMORANDUM -- (to pldg. #1) Donald J. Trump; Robert S. Trump and Harvey I. Freeman -- w/cert. of svc. (received 10/1/90) (rh) |
| 90/10/01 | 7 | RESPONSE/MEMORANDUM -- (to pldg. #1) Peter Stuyvesant, Ltd. -- w/cert. of svc. (received 10/1/90) (rh) |
| 90/10/09 | 8 | REPLY -- Filed by Sidney L. Kaufman -- w/cert. of svc. (received 10/9/90) (rh) |
| 90/10/11 | | HEARING ORDER -- setting motion for transfer for Panel hearing on November 16, 1990, in Charleston, South Carolina (cdm) |

JPML FORM 1A

p. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 864 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/10/25 | 9 | INTERESTED PARTY RESPONSE -- (to pldg. #1) Fairmont Financial Corp. -- w/cert. of svc. (received 10/23/90) (rh) |
| 90/11/09 | 10 | NOTICE OF RELATED ACTIONS -- Fairmont Financial Corp. v. Trump, S.D. New York, C.A. No. 90 Civ 6202; Glosser v. Trump, S.D. New York, C.A. No. 90 Civ 6534; Kloss v. Trump, E.D. New York, C.A. No. 90 Civ 3516 -- w/cert. of svc. -- (received 11/09/90) (sg) |
| 90/11/16 | | HEARING APPEARANCES -- (For hearing in Sioux Falls, South Dakota on 11/16/90) DAVID J. MANOGUE, ESQ. for Sidney L. Kaufman, etc.; GENE MESH, ESQ. for Jerome Schwartz; EDWARD LABATON, ESQ. for Peter Stuyvesant, Ltd.; JOHN J. BARRY, ESQ. for Trump's Castle Funding, Inc.; Trump's Castle Associates Limited Partnership; Trump Taj Mahal Funding, Inc.; Trump Taj Mahal Associates Limited Partnership; Trump Plaza Funding, Inc.; Trump Plaza Associates; The Trump Organization, Inc. and Trump Taj Mahal, Inc.; JONATHAN P. WOLFERT, ESQ. for Donald J. Trump; Robert S. Trump; John O'Donnell; Nathan Katz, Tim Maland; Francisco Tejeda; Julian Menarguez; Harvey I. Freeman; Paul Henderson; C. Patrick McKoy; Edward M. Tracy; Michael S. Vautrin; Jeffrey A. Ross; John P. Belisle; and Timothy G. Rose; ROBERT I. HARWOOD, ESQ. for Susan Cagan, et al. (rh) |
| 90/11/16 | | WAIVERS OF ORAL ARGUMENT -- Merrill Lynch Pierce Fenner & Smith; Fairmont Financial Corp. and Joanne Gollomp (rh) |
| 90/12/04 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the District of New Jersey to the Hon. John F. Gerry for pretrial proceedings (rh) |
| 90/12/04 | | TRANSFER ORDER -- Transferring A-3 & A-4 to the District of New Jersey pursuant to 28 U.S.C. §1407 (the title was change, original title was "In re Donald J. Trump Securities Litigation") -- Notified involved counsel, judges, clerks, Panel judges and misc. recipients (rh) |

JPML FORM 1A
p. 3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 864 -- In re Donald J. Trump Casino Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 90/12/14 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-5 Robert Kloss v. Donald J. Trump, et al., E.D. New York, C.A. No. 90 Civ 3516; B-6 Fairmont Financial Corp., et al. v. Donald J. Trump, et al., S.D. New York, C.A. No. 90 Civ 6202 and B-7 Fred Glosser, et al. v. Donald J. Trump, et al., S.D. New York, C.A. No. 90 Civ 6534 -- Notified involved counsel and judges (rh) |
| 91/01/03 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-5 Robert Kloss v. Donald J. Trump, et al., E.D. New York, C.A. No. 90 Civ 3516; B-6 Fairmont Financial Corp., et al. v. Donald J. Trump, et al., S.D. New York, C.A. No. 90 Civ 6202 and B-7 Fred Glosser, et al., S.D. New York, C.A. No. 90 Civ 6534 -- Notified involved judges and clerks (rh) |
| 92/01/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- Dino Del Zotto v. Donald J. Trump, et al., E.D. New York, C.A. No. CV-90-3522 -- Notified involved counsel and judges. (bas) |
| 92/01/28 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-9 Dino Del Zotto V. Donald J. Trump, et al., E.D. Texas, C.A. No. CV-90-3522 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cdm) |

JPML Form 1

Revised: 8/78

DOCKET NO. 864 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Donald J. Trump CASINO Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 16, 1990 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | December 4, 1990 | TO | Unpublished | D. New Jersey | Hon. John F. Gerry | |

Lead Case 1:90mc919

### Special Transferee Information

CLERK, U.S. DISTRICT COURT
U.S. Courthouse & Post Office
401 Market Street
P,I, Box 2797
Camden, NJ  08101

DATE CLOSED: _____

Mag. Jerome B. Simandle

Deputy Paul D. Taylor, Camden

JPML FORM 1

LISTING OF INVOLVED ACTIONS

J. New Jersey

DOCKET NO. 864 -- In re Donald J. Trump *CASINO* Securities Litigation

HON. John F. Gerry (3/2)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sidney L. Kaufman, etc. v. Trump's Castle Funding, Inc., et al. | N.J. Gerry | 90-2349 (JFG) | | | Settled 5/21/92 | |
| A-2 | Jerome Schwartz, etc. v. Trump's Castle Funding, Inc., et al. | N.J. Gerry | 90-2350 (JFG) | | | settled 5/21/92 | |
| A-3 | Peter Stuyvesant, Ltd., etc. v. Donald J. Trump, et al. | N.Y.,S. Sand | 90-3826 (LBS) | 12-4-90 | 90-5004 | settled 5/21/92 | ✓ |
| A-4 | Susan Cagan, et al. v. Donald J. Trump, et al. | N.Y.,E. Platt | 90-2842 (CJP) | 12-4-90 | 90-5051 | Dismissed 6/2/92 | ✓ |
| B-5 | Robert Kloss, et al v. Donald J. Trump, et al. 12-14-90 | N.Y.,E. Platt | 90CV3516 | 1-3-91 | 91-19 | Dismissed 6/2/92 | |
| B-6 | Fairmont Financial Corp., et al. v. Donald J. Trump, et al. 12-14-90 | N.Y.,S. Sand | 90CIV6202 | 1-3-91 | 91-18 | Dismissed 6/2/92 | |
| B-7 | Fred Glosser, et al. v. Donald J. Trump, et al. 12-14-90 | N.Y.,S. Sand | 90CIV6534 | 1-3-91 | 91-20 | Dismissed 6/2/92 | |
| XYZ-8 | Alexander Char*mis* v. Donald J. Trump, et al. *July 1991 - 5 TR/3 xyz/8 Pending* | N.J. | 90cv5052 | | | Dismissed 6/2/92 | |
| C-9 | Dino Del Zotto v. Donald J. Trump, et al. 1/10/92 | N.Y.,E. Platt | CV-90-3522 | 1/28/92 | 92-621 | Dismissed 6/02/92 | ✓ |

July 1992 - 3 xyz/6 Tr/9 Pending
July 1992 - 3 Settled/6 Dism'd

Litigation Closed 6/02/92

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 864 -- In re Donald J. Trump Casino Securities Litigation

| | |
|---|---|
| SIDNEY L. KAUFMAN, ETC. (A-1)<br>Howard A. Specter, Esq.<br>Specter Law Offices, P.C.<br>2230 Grant Building<br>Pittsburgh, PA  15219<br><br>JEROME SCHWARTZ, ETC. (A-2)<br>Gene Mesh, Esq.<br>Gene Mesh & Associates<br>3133 Burnet Avenue<br>P.O. Box 29073<br>Cincinnati, OH  45229<br><br>FOR KAUFMAN & SCHWARTZ<br>Michael A. Cohan, Esq.<br>21 Ernston Rd.<br>P.O. Box 2000<br>Parlin, N.J.  08859<br><br>PETER STUYVESANT, LTD., ETC. (A-3)<br>Edward Labaton, Esq.<br>Goodkind, Labaton & Rudoff<br>122 E. 42nd Street<br>New York, NY  10168<br><br>SUSAN CAGAN, ET AL. (A-4)<br>Stuart D. Wechsler, Esq.<br>Wechsler Skirnick Harwood<br>  Halebian & Feffer<br>555 Madison Avenue<br>New York, NY  10022<br><br>MERRILL LYNCH, PIERCE,<br>   FENNER & SMITH, INC.<br>Stuart J. Baskin, Esq.<br>Shearman & Sterling<br>153 East 53rd Street<br>New York, NY  10022<br><br>LORIE TAYLOR<br>(NO APPEARANCE RECEIVED)<br>LORIE TAYLOR<br>Mississippi Avenue and the Boardwalk<br>Atlantic City, NJ  08401 | DONALD J. TRUMP<br>ROBERT S. TRUMP<br>JOHN O'DONNELL<br>NATHAN KATZ<br>TIM MALAND<br>FRANCISCO TEJEDA<br>JULIAN MENARGUEZ<br>HARVEY I. FREEMAN<br>PAUL HENDERSON<br>C. PATRICK McKOY<br>EDWARD M. TRACY<br>MICHAEL S. VAUTRIN<br>JEFFREY A. ROSS<br>JOHN P. BELISLE<br>TIMOTHY G. ROSE<br>Richard L. Posen, Esq.<br>Willkie Farr & Gallagher<br>153 East 53rd Street<br>New York, NY  10022<br><br>TRUMP'S CASTLE FUNDING, INC.<br>TRUMP'S CASTLE ASSOCIATES<br>  LIMITED PARTNERSHIP<br>TRUMP TAJ MAHAL FUNDING, INC.<br>TRUMP TAJ MAHAL ASSOCIATES<br>  LIMITED PARTNERSHIP<br>TRUMP PLAZA FUNDING, INC.<br>TRUMP PLAZA ASSOCIATES<br>THE TRUMP ORGANIZATION, INC.<br>TRUMP TAJ MAHAL, INC.<br>John J. Barry, Esq.<br>Clapp & Eisenberg<br>A Professional Corporation<br>80 Park Plaza<br>Newark, NJ  07102<br><br>C. "BUCKY" WILLARD<br>(NO APPEARANCE RECEIVED)<br>C. "BUCKY" WILLARD<br>Trump Taj Mahal Funding, Inc.<br>Trump Hotel Corporation<br>The Boardwalk and Pennsylvania Ave.<br>Atlantic City, NJ  08404 |

```
JPML FORM 4A -- Continuation
                                  Panel Attorney Service List -- p.   2

DOCKET NO.  864   --   In re Donald J. Trump Casino Securities Litigation
```

| | |
|---|---|
| FAIRMONT FINANCIAL (B-6)<br>Richard D. Greenfield, Esq.<br>Mark Rifkin, Esq.<br>Greenfielkd & Chimicles<br>One Penn Plaza, Ste. 2100<br>New York, New York  10114<br><br>ALEXANDER CHAMIS (XYZ-8)<br>Jared B. Stamell, Esquire<br>Stamell, Tabacco & Schager<br>One Ingham Avenue<br>Bayonne, N.J. 07002<br><br>FOR GLOSSNER, ET AL.<br>M. Richard Komins, Esq.<br>Barrack, Rodos & Bacine<br>Ste 2100, 1845 Walnut Street<br>Philadelphia, PA 19103<br><br>Charles R. Vandewalle, Esq.<br>Martin, Vandewalle, Guarino & Donohue<br>17 Barstow Road<br>Great Neck, N.Y.  11201<br><br>PLAINTIFFS COORDINATING COUNSEL<br>Wechsler, Skirnick, Harwood,<br>   Halebian & Feffer<br>555 Madison Avenue<br>New York New York  10022<br><br>Greenfield & Chimicles<br>One Haverford Center<br>361 W. Lancaster Ave.<br>P.O. Box 100<br>Haverford, Pa  19041-0100<br><br>Goodkind, Labaton & Rudoff<br>122 E. 42nd Street<br>New York, New York 10168 | COURT LIAISON FOR COMMUNICATING<br>WITH PLAINTIFF'S COORDINATING<br>COUNSEL<br>Carl Poplar, Esquire<br>1010 Kings Highway S<br>Cherry Hill, New Jersey  08034<br><br>X-tra counsel picked up from<br>from New Jersey counsel list.<br><br>ROBERT KLOSS (B-7)<br>Bruce E. Gerstein, Esq.<br>Scott W. Fisher, Esq.<br>Bertram Bronzaft, Esq.<br>1501 Broadway<br>New York, New York   10036<br><br><br>DINO DEL ZOTTO (C-9)<br>James V. Bashian, Esq.<br>Law Offices of James V. Bashian<br>500 Fifth Avenue<br>New York, NY  10110 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 864 -- In re Donald J. Trump CASINO Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Trump's Castle Funding, Inc. | A-1 A-2 A-3 |
| Trump's Castle Associates Limited Partnership | A-1 A-2 A-3 B-5, B-6 |
| Trump Taj Mahal Funding, Inc. | A-1 A-2 A-4 B-6, B-7, C-9 |
| Trump Taj Mahal Associates Limited Partnership | A-1 A-2 A-4 B-5, B-7, C-9 |
| Donald J. Trump | A-1 A-2 A-3 A-4 B-5 B-6, B-7, C-9 |
| Robert S. Trump | A-3 A-4 B-5 B-6, B-7, C-9 |
| John O'Donnell | A-3 |
| Trump Plaza Funding, Inc. | A-3 |
| Nathan Katz | A-3 |
| Trump Plaza Associates | A-3 |
| Tim Maland | A-3 |

p. 2

| Name | Codes |
|---|---|
| Francisco Tejeda | A-3 |
| Julian Menarguez | A-3 |
| Harvey I. Freeman | A-3  A-4  B-5  B-6, B-7, C-9 |
| Paul Henderson | A-3 |
| C. Patrick McKoy | A-3 |
| Edward M. Tracy | A-3 |
| Michael S. Vautrin | A-3 |
| Jeffrey A. Ross | A-3 |
| John P. Belisle | A-3 |
| Timothy G. Rose | A-3 |
| Lori Taylor | A-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 864 -- In re Donald J. Trump Casino ~~Securities Litigation~~

| Name of Party | Named as Party in Following Actions |
|---|---|
| C. "Bucky" Willard | A-4, B-5, C-9 |
| The Trump Organization, Inc. | A-4, B-5, B-6, B-7, C-9 |
| Trump Taj Mahal, Inc. | A-4, B-5, B-6, B-7 |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | A-4, B-5, B-6, B-7, C-9 |