JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 864

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC - 4 1990

IN RE DONALD J. TRUMP CASINO SECURITIES LITIGATION*

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE JOHN F. NANGLE, CHAIRMAN, ROBERT H. SCHNACKE,** FRED DAUGHERTY, S. HUGH DILLIN, MILTON POLLACK,** LOUIS H. POLLAK AND HALBERT O. WOODWARD, JUDGES OF THE PANEL

TRANSFER ORDER

This litigation presently consists of four actions pending in three districts as follows: two actions in the District of New Jersey and one action each in the Eastern and Southern Districts of New York.[1] Before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by plaintiff in one of the New Jersey actions seeking centralization of the four actions in the District of New Jersey for coordinated or consolidated pretrial proceedings. All responding parties except plaintiffs in the Eastern District of New York action support transfer. The Eastern and/or Southern Districts of New York are favored by many of the responding parties over the District of New Jersey as transferee forum.

On the basis of the papers filed and the hearing held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the District of New Jersey will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions are brought as securities class actions on behalf of holders of bonds of one or more three New Jersey casinos controlled by Donald J. Trump (Trump). In all actions, plaintiffs allege misrepresentations or omissions concerning Trump's net worth and the ability of the bond issuers to service the debt on the bonds. Centralization under Section 1407 is thus necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings

---

* Upon review of the pleadings and oral argument in this docket, the Panel has concluded that this title is more descriptive of this litigation than the original title in this docket, "In re Donald J. Trump Securities Litigation."

** Judges Schnacke and Pollack took no part in the decision of this matter.

[1] The Panel has been advised of the pendency of three recently filed related actions in the Eastern and Southern Districts of New York. These three actions will be treated as potential tag-along actions. See Rules 12 and 13, R.P.J.P.M.L., 120 F.R.D. 251, 258-59 (1988).

(especially with respect to class certification determinations), and conserve the resources of the parties, their counsel and the judiciary.  We also observe that the arguments of opponents to transfer, based on the limited number of actions and the purportedly unique issues in their action in the Eastern District of New York, have been mooted as a result of the filing of the potential tag-along actions noted in footnote 1, supra.

Given the proximity of the three suggested transferee districts, it is clear that any of the forums could be designated as transferee forum with a minimum of inconvenience to all concerned.  In selecting the District of New Jersey as transferee forum, we note that:  1) the three casinos for which the bonds were issued are located in Atlantic City; 2) most of the partnership, corporate and individual defendants are located in New Jersey, with their business records located in that state; and 3) New Jersey's Casino Control Commission, which is reported to be conducting its own ongoing investigation of Trump and his properties, is located in Trenton, New Jersey.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the District of New Jersey be, and the same hereby are, transferred to the District of New Jersey and, with the consent of that court, assigned to the Honorable John F. Gerry for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

John F. Nangle
Chairman

SCHEDULE A

MDL-864 -- In re Donald J. Trump Casino Securities Litigation

Southern District of New York

Peter Stuyvesant, Ltd., etc. v. Donald J. Trump, et al., C.A. No. 90-3826 (JBS)

Eastern District of New York

Susan Cagan, et al. v. Donald J. Trump, et al., C.A. No. 90-2842 (CJP)

District of New Jersey

Sidney L. Kaufman, etc. v. Trump's Castle Funding, Inc., et al., C.A. No. 90-2349 (JFG)
Jerome Schwartz, etc. v. Trump's Castle Funding, Inc., et al., C.A. No. 90-2350 (JFG)